

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2023 ★
LONG ISLAND OFFICE

Unice Wilson
73 Greenlawn Rd
Huntington, NY 11743

8-May-2023

Judge Joan M. Azrack
U.S. District Court
Eastern District Of New York (Central Islip)

RE: CIVIL DOCKET FOR CASE #:2:23-cv-03206-JMA-JMW

Dear Judge Azrack

I am in receipt of documents from your court, with the above referenced case number. The purpose of this letter is to advise the court that.

1) I did not submit these documents to the court and had no intention of representing myself PRO SE in this matter.
2) I did not prepare these documents, and was not privy to actual submitted content, but only a draft was emailed to me on a prior occasion.
3) I did not sign these documents, despite it showing that my name and possible signature are on there.
4) The draft was noticeably riddled with typographical errors, and I communicated to the attorney that it was incomplete.
5) I contracted an attorney to handle this matter in the person of **S. Patrick J. Mescall** of Prospection legal, whose last known mailing address is 442 5th Avenue, 15th Floor, Mahatten NY, 10018.
6) This attorney, despite being made aware of receipt of the documents from the courts, has failed to respond to my messages or telephone calls.

Please permit me to summarize this case to you, as I explained it to Attorney Mescall, in more detail. My name is Unice Wilson, and I am a resident of Huntington, NY. I immigrated here from Saint Lucia in December 2015, and was the victim of a crime in 2018. The DA approved an application for a U Visa on my behalf, making application for my EAD card (work permit) and SS#. On October 16, 2021, my EAD card (work permit) was delivered to my previous address, in Syosset, despite putting in a change of address, and I never received it. The homeowner, Christine Settineri, an attorney practicing in Nassau County, with whom I worked for 4 years as a childcare provider, claimed that she never received my work permit, but might have thrown it out, as she was inundated with junk mail, belonging to her deceased mother and aunt.

January 2022, I put in an application for a new EAD card, paid the fees and waited for a replacement as I was asked to. Catholic Charities handled this case. In the meantime, I cleaned houses to support myself and off and on child and senior care if I got any leads, as no one would hire me with just the approval letter

from USCIS. I also paid taxes on all earnings, irrespective. The attorneys who put in the application in January 2022 (Catholic Charities) never followed up, so I hired and paid another attorney, Mescall of Prospection Legal who asked me $3000.00 to trace my EAD card with USCIS.

At the same time, I had an issue where I worked in Syosset in Childcare (same address where my EAD card went missing) where the department of labor determined, that I had been deprived of $55,949.50 in wages underpaid and overtime. These charges were levied against attorney Christine Settineri, the attorney above mentioned. Attorney Mescall advised me to take the matter to federal court, via text message, dismissing the Department of labor and stated that he would amalgamate the matter against Christine Settineri with a case against the post office for mishandling my work documentation. I was asked $1050 just to sit in on the case with the department of labor, which was dismissed after mere 10 minutes, upon my attorney's instructions and another $3000.00 to investigate the post office. In all I satisfied with payments of $7050.00, to attorney Mescall.

Today, I received a document from the court, stating that I put in the matter PRO SE, relating to the case with lost wages, and the post office. There is nothing on the document indicating that there is an attorney in the matter and the court states that the document received was signed by me, which it categorically was not. I am still out of work, do not have my work documentation after paying a hefty investigation fee, and the attorney has failed to produce proof that he did indeed reach out to USCIS on my behalf. I dropped my case against Christine Settineri ESQ, on the basis that this attorney would have represented me, in a new case and lost an ally in the Department of labor, with no resolution. I am really at a loss to understand what has happened here, and seek the assistance of the court and district attorney to come to an understanding and resolution of same. I have no resources and kindly ask for help for all relevant authorities.

Sincerely

Unice Wilson